FILED
JUL 1 8 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| EQUITY BUILDERS AND CONTRACTORS INC., Plaintiff, | ) | Case No. 05 C 1937 |
| vs. | ) | |
| RONALD L. RUSSELL, JR., RONALD L. RUSSELL, SR., R. RUSSELL BUILDERS, INC., LUIS V. GODUCO, GODUCO DESIGN GROUP, LTD., GREG WELTER, and TAMARA WELTER, | ) | Hon. James B. Moran |
| Defendants. | ) | **JURY TRIAL DEMANDED** |

**JOINT MOTION OF RONALD RUSSELL, SR., RONALD RUSSELL, JR. AND R. RUSSELL BUILDERS, INC. TO DISMISS THE CROSS-CLAIM OF LUIS V. GODUCO AND GODUCO DESIGN GROUP, LTD.**

Ronald Russell, Sr., Ronald Russell, Jr. and R. Russell Builders, Inc. (collectively, the "Russell Defendants") respectfully move the Court pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss the cross-claim asserted against them by Luis v. Goduco and Goduco Design Group, Ltd. (collectively "Goduco"). In support of their motion, the Russell Defendants state the following:

1. This case involves the design of a house. Greg and Tamara Welter (the "Welters") recently had a new house built for them in Kane County, Illinois. That house was designed by Goduco Design Group, and was built by R. Russell Builders, Inc. ("Russell Builders"). In this action, plaintiff Equity Builders and Contractors, Inc. ("Equity") contends that the Welters' new house infringes an architectural plan and structure copyrighted by Equity. Equity has brought infringement claims against the Welters, Russell Builders (and two of its employees), and Goduco Design Group (and one of its employees).

2. In its answer and cross-claim, Goduco denied that it has any liability to Equity, and further denies that it infringed on any copyright. Goduco then asserted a single paragraph cross-claim against the other defendants. That cross-claim is brief in the extreme. It simply states:

> Alternatively, in the event that Goduco is found liable to Equity, Goduco is entitled to contribution from Russell and from the Welters to the extent that Goduco pays more than its pro rata share of liability.

(Goduco Cross-cl. at ¶ 2)

3. This single sentence does not come even close to stating a claim. Goduco has not stated any cause of action that would require the Russell Defendants to make any contribution to Goduco. It is impossible to tell whether Goduco's claim is rooted in equity (such as insurer contribution), tort, contract, or statute (such as the Joint Tortfeasor Contribution Act, 740 ILCS 100/0.01 *et seq.*

4. Similarly, Goduco has not asserted any facts giving it a right to contribution under *any* theory.

5. Goduco's cross-claim does not state a valid cause of action even under the permissive standards of notice pleading.

6. Goduco's cross-claim for contribution fails to identify the loss or damages at issue and fails to state whether Goduco and other defendants are liable or would be liable for the same loss. (Inasmuch as this cannot be determined on the basis of Equity's complaint, a contribution claim likely could not even be evaluated until after some discovery.)

7. Goduco even fails to plead elements of a contribution claim if one is permitted under the circumstances, such elements being "knowledge of the alleged infringing activity" and "materially contributed to the alleged infringement." Too, Inc. v. Kohl's Dep't Stores, Inc., 213

F.R.D. 138, 141 (S.D.N.Y. 2003). Much like the Welters, Goduco disregards the denial that anyone knew in 2004 that the plans were infringing or knows this presently. The claim should be dismissed.

WHEREFORE, for the reasons set forth above, Ronald Russell, Sr., Ronald Russell, Jr. and R. Russell Builders, Inc. respectfully move the Court pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss the cross-claims asserted against them by Luis v. Goduco and Goduco Design Group, Ltd. The Russell Defendants also request entry of an award of costs in their favor.

July 14, 2005

Respectfully submitted,

By: ______________________

Mark W. Daniel, Esq.
John R. Zemenak, Esq.
Timothy D. Elliott, Esq.
RATHJE & WOODWARD LLC
300 East Roosevelt Road, Suite 300
Wheaton, Illinois 60187
Telephone: (630) 668-8500
Facsimile: (630) 668-7350

Attorneys for Ronald Russell, Sr., Ronald Russell, Jr. and R. Russell Builders, Inc.