**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

KC FILED
JUL 14 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| EQUITY BUILDERS AND CONTRACTORS INC., an Illinois corporation, | ) | |
| Plaintiff, | ) | Case No. 05 C 1937 |
| v. | ) | **Judge Moran** |
| RONALD L. RUSSELL, JR., individually, RONALD L. RUSSELL, SR., individually, R. RUSSELL BUILDERS, INC., an Illinois corporation, LUIS V. GODUCO, individually, GODUCO DESIGN GROUP, LTD., an Illinois corporation, GREG WELTER, individually, and TAMARA WELTER, individually, | ) | Magistrate Judge Nolan |
| Defendants. | ) | |

**DEFENDANTS LUIS V. GODUCO AND GODUCO DESIGN GROUP, LTD.'S MOTION TO DISMISS SECOND CROSSCLAIM OF GREG WELTER AND TAMARA WELTER**

NOW COME the Defendants/Cross-Claimants, LUIS V. GODUCO and GODUCO DESIGN GROUP, LTD. (collectively, "Goduco"), by their attorneys, David H. Levitt and Laurie S. Randolph, and pursuant to FRCP 12(b)(6), move to dismiss the Second Crossclaim of Greg Welter and Tamara Welter (collectively, "Welter"), for failure to state a cause of action, and in support of said motion, state as follows:

1. This is an action for copyright infringement brought by Equity Builders and Contractors, Inc., arising out of the design and construction of a home for Welter.

2. Welter's Second Crossclaim against Goduco (and others) attempts to allege a claim for negligent misrepresentation. In Paragraph 11, Welter alleges that Goduco is "in the business of supplying information for the guidance of others in their business transactions."

3. Illinois law has recognized that, in order to state a claim for negligent misrepresentation, one must allege, among other things, that the defendant is in the business of

supplying information for the guidance of others in their business transactions. This rule has been applied to hold that claims for negligent misrepresentation will not be allowed against architects where, as in the usual course of events, the plans and specifications of the architect are incorporated into a tangible product, building or structure. *2314 Lincoln Park West Condo. Assn. v. Mann, Gin, Ebel & Frazier, Ltd.*, 136 Ill.2d 302, 555 N.E.2d 346 (1990); *Tolan and Son, Inc. v. KLLM Architects, Inc.*, 308 Ill.App.3d 18, 719 N.E.2d 288 (1st Dist. 1999).

4. In the present case, the Second Crossclaim expressly alleges that the architectural plans and specifications prepared by Goduco (which are the alleged "Infringing Works") were used to construct the Welters' home on Lot 42.

5. Accordingly, as a matter of law, the Second Crossclaim fails to state a cause of action because Goduco, as an architect, was not in the business of supplying information for the guidance of others, but rather in the business of supplying information incidental to the construction of a tangible object – the Welters' home. Therefore, Welter cannot meet this required element, and the Second Crossclaim must be dismissed, with prejudice.

WHEREFORE, Goduco prays that this Court enter an Order dismissing the Second Crossclaim of Greg Welter and Tamara Welter, with prejudice.

**LUIS V. GODUCO and**
**GODUCO DESIGN GROUP, LTD.**

By: ______________________________
One of Defendants' Attorneys

David H. Levitt
Laurie S. Randolph
Kourtney A. Mulcahy
HINSHAW & CULBERTSON LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601-1081
(312) 704-3000